UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00047-RLY-DML |
| | ) | |
| KEVIN VINCENTE HOLDER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on USPO Petition for Action on Conditions of Supervised Release.   The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's Report and Recommendation.

**SO ORDERED** this 14th day of April 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record